UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 11-8110 FMO (FFMx)** | Date | **September 30, 2014** |
|---|---|---|---|
| Title | **Jay Russell Shafer v. County of Santa Barbara, et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | | |
|---|---|---|---|
| Vanessa Figueroa | None | None | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Re: Sanctions for Failure to Comply with Court Order**

    Pursuant to the court's Order re: Further Proceedings, filed on August 5, 2014, ("Court's Order of August 5, 2014"), the parties' final pretrial conference order, pretrial exhibit stipulation, joint and disputed proposed jury instructions, proposed verdict forms, and proposed joint statement of the case were due on September 26, 2014. (See Court's Order of August 5, 2014 at 13). It appears from the record that the parties have not filed any of the necessary trial documents as required by the Court's Order of August 5, 2014.

    Accordingly, IT IS HEREBY ORDERED THAT counsel for the parties shall appear in Courtroom 22 of the Spring Street Courthouse on **Friday, October 3, 2014, at 10:00 a.m.** to show cause, if any there be, why sanctions should not be imposed for failure to comply with the Court's Order of August 5, 2014.

| | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |