# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY RUSSELL SHAFER,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, et al.,<br><br>    Defendants. | Case No. CV 11-8110 FMO (FFMx)<br><br>**JUDGMENT Re: ATTORNEY'S FEES AND COSTS** |

Pursuant to the Court's Order Re: Post-Trial Motions filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that defendants shall pay plaintiff Jay Russell Shafer's attorney's fees in the amount of **$264,129.00**, non-taxable costs in the amount of **$12,797.32**, and post-judgment interest pursuant to 28 U.S.C. § 1961.

Dated this 8th day of September, 2015.

                                                                                        /s/
                                                        Fernando M. Olguin
                                            United States District Judge